IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02732-BNB

VALENTE HERNANDEZ-PIEDRA,

Applicant,

v.

MR. MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 2 2009

GREGORY C. LANGHAM
CLERK

ORDER TO FILE SECOND AMENDED APPLICATION

Applicant, Valente Hernandez-Piedra, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Hernandez-Piedra has filed *pro se* an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

The Court must construe the amended habeas corpus application liberally because Mr. Hernandez-Piedra is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Hernandez-Piedra will be ordered to file a second amended application.

Mr. Hernandez-Piedra alleges that he was convicted in Adams County District Court on charges of aggravated robbery and menacing, and that he was sentenced to a total of fifteen years of incarceration. He alleges that the judgment of conviction was

entered on October 29, 2003. Mr. Hernandez-Piedra fails, however, to assert any claims for relief in the amended application.

The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); **Browder v. Director, Dep't of Corrections**, 434 U.S. 257, 269 (1978); **Ewing v. Rodgers**, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Rule 4 of the Rules Governing Section 2254 Cases also requires Mr. Hernandez-Piedra to go beyond notice pleading. *See* **Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). He must clearly allege his claims, and he must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See* **Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Mr. Hernandez-Piedra has failed to meet the requirements of both Fed. R. Civ. P. 8 and Rule 4 of the Section 2254 Rules. The amended application fails to provide a short and plain statement of his claims showing that he is entitled to relief. Mr. Hernandez-Piedra, however, will be directed to file a second amended application that

complies with Fed. R. Civ. P. 8 and Rule 4 of the Section 2254 Rules. In the second amended application, Mr. Hernandez-Piedra is directed to state, clearly and concisely, each claim he intends to assert in this action. Mr. Hernandez-Piedra also is instructed to assert specifically in the second amended application how his federal rights were violated in his state criminal case. Accordingly, it is

ORDERED that Mr. Hernandez-Piedra file **within thirty days from the date of this order** a second amended application that complies with this order. It is

FURTHER ORDERED that Mr. Hernandez-Piedra's second amended application shall be titled, "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Hernandez-Piedra, together with a copy of this order, two copies of the following form for use in filing the second amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Hernandez-Piedra fails within the time allowed to file a second amended application as directed, the amended application will bedenied and the action will be dismissed without further notice.

DATED January 22, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02732-BNB

Valente Hernandez-Piedra
Reg No. 120366
Sterling Correctional Facility
PO Box 6000
Unit 4-A-316
Sterling, CO 80751

 I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 1/22/09

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk