IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02732-BNB

VALENTE HERNANDEZ-PIEDRA,

    Applicant,

v.

MR. MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Valente Hernandez-Piedra, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Hernandez-Piedra filed *pro se* an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

On January 22, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Hernandez-Piedra to file a second amended application that complied with Rule 8 of the Federal Rules of Civil Procedure and with Rule 4 of the Rules Governing Section 2254 Cases because the amended application, like the application he originally had filed, failed to assert any claims. The January 22 order warned Mr. Hernandez-Piedra that, if he failed to comply with the order for a second amended application within the time allowed, the amended application would be denied and the action dismissed without further notice.

Mr. Hernandez-Piedra has failed within the time allowed to comply with the January 22, 2009, order, or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the amended application is denied and the action dismissed without prejudice for the failure of Applicant, Valente Hernandez-Piedra, to comply with the January 22, 2009, order for a second amended application within the time allowed and for his failure to prosecute.

DATED at Denver, Colorado, this **10** day of **April**, 2009.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02732-BNB

Valente Hernandez-Piedra
Reg No. 120366
Sterling Correctional Facility
PO Box 6000
Unit 4-A-316
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/10/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk